IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| MAUREEN MARTINEZ § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 2:23-CV-33 |
| § | |
| NISSAN NORTH AMERICA, INC. § | |
| § | |
| *Defendant.* § | |
| § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Maureen Martinez ("Plaintiff") and Defendant Nissan North America, Inc. ("Defendant") (collectively the "Parties"), by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to the claims of Plaintiff Maureen Martinez against Defendant Nissan North America, Inc.

**IT IS SO STIPULATED**

Dated: November 21, 2023                    Respectfully submitted,

[ *signatures on the following page* ]

| | |
|---|---|
| */s/ Angela K. Troccoli* | */s/ Nicole Zerunyan* |
| **Angela K. Troccoli, Esquire** <br> atroccoli@creditlaw.com <br> **KIMMEL & SILVERMAN, P.C.** <br> 30 East Butler Ave. <br> Ambler, PA 19002 <br> (401) 764-5566 <br> *ATTORNEY FOR PLAINTIFF* | **Edward A. Davis** <br> State Bar No. 24007086 <br> Edward.Davis@lewisbrisbois.com <br> **Nicole Zerunyan** <br> State Bar No. 24127180 <br> Nicole.Zerunyan@lewisbrisbois.com <br> **LEWIS BRISBOIS BISGAARD & SMITH LLP** <br> 2100 Ross Avenue, Suite 2000 <br> Dallas, Texas 75201 <br> Telephone (214) 722-7100 <br> Facsimile (214) 722-7111 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record in accordance with the District's ECF service rules on November 21, 2023.

Angela K. Troccoli
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
*Attorney for Plaintiff*

             */s/ Nicole Zerunyan*
             **Nicole Zerunyan**